IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GREGORY JENKINS,

     Appellant,

v.

STATE, DEPARTMENT OF
REVENUE, CHILD SUPPORT
ENFORCEMENT PROGRAM
AND VONSHEKA SMITH,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1935

Opinion filed July 11, 2016.

An appeal from an order of the State of Florida, Department of Revenue, Child
Support Enforcement Program.
Ann Coffin, Director.

Gregory Jenkins, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and William H. Branch, Assistant Attorney
General, Tallahassee, for Appellee, State of Florida, Department of Revenue.

PER CURIAM.

     DISMISSED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.